# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KEENAN G. CRAWFORD, (c/o Carlotta J. Crawford/Ojo), | Civil No. 10-2167 (RHK/JJG) |
| Plaintiff, | **ORDER ON REPORT AND RECOMMENDATION** |
| v. | |
| JESSICA SYMMES, MARY McCOMB, JOAN FABIAN, KIM EBELING, and MIKE GREEN, in their official and individual capacities, | |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation (Doc. No. 6) is **ADOPTED**;

2. Plaintiff's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, (Doc. No. 3), is **DENIED**;

3. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

4. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $322.21, in accordance with 28 U.S.C. § 1915(b)(2); and

5. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 31, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge